441 A.2d 798

Commonwealth v. Quinn, Appellant.

Submitted September 11, 1980. Joseph Michael Smith, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed.